AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| ELI WEISBLUM, Individually and on behalf of class | ) | |
| Plaintiff | ) | |
| v. | ) | Case No.   1:14-CV-03587-JMF-RLE |
| PROPHASE LABS, INC., | ) | |
| Defendant | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ProPhase Labs, Inc.

Date:   06/09/2014

_____
*Attorney's signature*

ERIC F. GLADBACH (EG9103 )
*Printed name and bar number*

Reed Smith, LLP
599 Lexington Avenue, 26th Floor
New York, NY 10022

*Address*

egladbach@reedsmith.com
*E-mail address*

(212) 521-5400
*Telephone number*

(212) 521-5450
*FAX number*