UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELI WEISBLUM, Individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>PROPHASE LABS, INC.,<br><br>　　　　　　　　　　　　Defendant | Civil Action No.: 1:14-CV-03587-JMF-RLE<br><br>**DEFENDANT'S RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the following private nongovernmental corporate party, ProPhase Labs, Inc., states that Defendant is a publicly held entity, has no parent corporation, and no publicly held corporation owns 10% or more of the company's common stock.

Dated: June 9, 2014

Respectfully submitted,

REED SMITH LLP

/s/ Eric F. Gladbach_____
Eric F. Gladbach (EG 9103)
599 Lexington Avenue
New York, NY 10022
Tel. (212) 521-5400
Fax. (212) 521-5450
Email: egladbach@reedsmith.com

*Attorneys for Defendant Prophase Labs, Inc.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that, on June 9, 2014, a true and correct copy of the foregoing Rule 7.1 Statement has been served upon counsel of record by filing this document on the Court's CM/ECF filing system.

    Joseph Ignatius Marchese
    Bursor & Fisher, P.A.
    888 Seventh Ave.,
    New York, NY  10019
    Email:  jmarchese@bursor.com
    *Attorneys for Plaintiffs*

    Neal Jamison Deckant
    Bursor & Fisher, P.A.
    888 Seventh Ave.,
    New York, NY  10019
    Email:  ndeckant@bursor.com
    *Attorneys for Plaintiffs*

    Scott A. Bursor
    Bursor & Fisher, P.A.
    888 Seventh Ave.,
    New York, NY  10019
    Email:  scott@bursor.com
    *Attorneys for Plaintiffs*

    Yitzhak Kopel
    Bursor & Fisher, P.A.
    888 Seventh Ave.,
    New York, NY  10019
    Email:  ykopel@bursor.com
    *Attorneys for Plaintiffs*

        <u>s/ Eric F. Gladbach</u>
        Eric F. Gladbach
        Reed Smith LLP
        599 Lexington Avenue
        New York, NY 10022
        Phone: (212) 521-5400
        Fax: (212) 521-5450
        egladbach@reedsmith.com